IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN COMBS,

    Plaintiff,

    v.

NCO FINANCIAL SYSTEMS, INC., *et al.*,

    Defendants.

CIVIL ACTION NO. 10-5673

**ORDER**

**AND NOW**, this 5th day of April, 2011, upon consideration of the motion to dismiss (Docket No. 8) of defendants, Capital One Services, LLC and Capital One, N.A., the response and reply thereto, and the memoranda of law in support thereof, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** as to Count II (Civil Conspiracy), and **GRANTED** as to Count I (FDCPA) and Count III (Emotional Distress Intentionally Inflicted). Counts I and III are **DISMISSED** as against Capital One Services, LLC and Capital One, N.A.

                                                     /s William H. Yohn Jr., Judge
                                                        William H. Yohn Jr., Judge